IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
NOV 16 2016
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 16-4392 JH |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 1703(b): Opening or |
| vs. ) | Destruction of Mail or Newspapers |
| ) | |
| **CHRISTOPHER P. VIGIL,** ) | MISDEMEANOR (CLASS A) |
| ) | |
| Defendant. ) | |

# INFORMATION

The United States Attorney charges:

On or about August 15, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **CHRISTOPHER P. VIGIL**, improperly and unlawfully opened and destroyed mail not directed to him, lacking authority to do so lawfully.

In violation of 18 U.S.C. § 1703(b).

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*[signature]*

EDWARD HAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274